**Opinion issued June 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00341-CR

———————————

**GREGG FRANCO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1377260**

## MEMORANDUM OPINION

Appellant, Gregg Franco, pleaded guilty to the felony offense of possession of a controlled substance.[1] The trial court found appellant guilty, and, in accordance with the terms of appellant's plea agreement with the State, sentenced

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(a), (c) (West 2010).

appellant to confinement for three years. Appellant has filed a pro se notice of appeal. We dismiss the appeal.

In a plea-bargained case, a defendant may only appeal those matters that were raised by written motion filed and ruled on before trial or after obtaining the trial court's permission to appeal. TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2006); TEX. R. APP. P. 25.2(a)(2). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d).

Here, the trial court's certification is included in the record on appeal. *See id.* The trial court's certification states that this is a plea-bargained case and the defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Because appellant has no right of appeal, we must dismiss this appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals, while having jurisdiction to ascertain whether an appellant who plea-bargained is permitted to appeal by Rule 25.2(a)(2), must dismiss a prohibited appeal without further action, regardless of the basis for the appeal.").

Accordingly, we dismiss this appeal for want of jurisdiction. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).